AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
2009 MAR 13 P 2: 58

CLERK _B McCarthy_

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR102-00006-001 |
| Melvin Christopher Carter ) | USM No: 07115-021 |
| Date of Previous Judgment: August 29, 2002 ) | Peter D. Johnson |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months **is reduced to** __84 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The Court considered the facts of this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining the appropriate sentence reduction in this case.

Except as provided above, all provisions of the judgment dated __August 29, 2002,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 13, 2009__

_Judge's signature_

Dudley H. Bowen, Jr.
Effective Date: _____   United States District Judge
(if different from order date)   Printed name and title