FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 AUG 11 P 12: 32

CLERK C. Adams
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

Southern District of Georgia
Augusta Division

UNITED STATES OF AMERICA
v.
Melvin Christopher Carter

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:02CR00006-1

USM Number: 07115-021

Keith Johnson
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | May 9, 2012 |
| 2 | The defendant failed to notify the probation officer at least ten days prior to any change in residence or employment (standard condition). | April 27, 2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 6804

Defendant's Year of Birth: 1970

City and State of Defendant's Residence:

In federal custody

August 9, 2017
Date of Imposition of Judgment

_/s/ Dudley H. Bowen Jr._
Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

August 11, 2017
Date

DEFENDANT:     Melvin Christopher Carter
CASE NUMBER:   1:02CR00006-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 36 months, with no supervision to follow. Sentence to run consecutively to custodial sentence ordered for Docket Number 1:12CR00176-1

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL